# IN THE SUPERIOR COURT OF THE STATE OF DELAWARE

JOSEPH RIAD,                                )
                                            )
                                            )
            Plaintiff,                       )
                                            )
    v.                                       )    C.A. No: S21C-02-032 MHC
                                            )
BRANDYWINE VALLEY SPCA,                     )
Inc., A Delaware Corporation,               )
                                            )
                                            )
                                            )
            Defendant.                       )

## ORDER

Submitted: July 21, 2023
Decided: August 1, 2023

*Upon Consideration of Plaintiff's Motion for Leave to File Supplemental Reply Memorandum,*
**DENIED.**

Joseph A. Riad, *Pro Se Plaintiff.*

Kevin J. Connors, Esquire, Marshall Dennehey Warner Coleman & Googin, P.C., Wilmington, Delaware, *Attorney for Defendant.*

**CONNER, J.**

This 1st day of August 2023, before the Court is Joseph Riad's ("Plaintiff") Motion for Leave to File Supplemental Reply Memorandum. The Court hereby finds as follows:

1. This Court issued an Order on July 20, 2023, denying Plaintiff's Motion for Reargument or Alternatively, Partial Relief from Order. The next day the Court granted Plaintiff's local counsel, Heather Long, and Plaintiff's *pro hac vice* counsel, Richard Schimel's Motions to Withdraw as counsel.

2. That same day, July 21, 2023, Plaintiff filed a *pro se* Motion for Leave to File Supplemental Reply Memorandum. Although filed *pro se*, this Motion was prepared by Plaintiff's *pro hac vice* counsel, Richard Schimel and Mickala Rector.[1] No Delaware counsel remains associated with the case. As such, any further filings prepared by out of state counsel and filed *pro se* will be sent to the Office of Disciplinary Counsel for appropriate action.

3. The purpose of the supplemental memorandum was to correct the Court's Order from July 20, 2023, that supposedly contained an incomplete record.[2]

4. The Court reviewed the Motion and attached memorandum. No new information was presented in the memorandum that would alter any of the Court's previous decisions. Accordingly, Plaintiff's Motion for Leave to File

---

[1] Pl. Mot. for Leave to File Supplemental Reply Mem. ¶ 2.
[2] *Id.* ¶ 3.

Supplemental Reply Memorandum is **DENIED** and the Court's Order, dated

July 20, 2023, stands.

**IT IS SO ORDERED.**

/s/ *Mark H. Conner*

Mark H. Conner, Judge

cc: Prothonotary